Leigh S. Montgomery*
Texas Bar No. 24052214
**EKSM, LLP**
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
*lmontgomery@eksm.com*
service only: *service@eksm.com*

**Attorney for Plaintiff and**
**The Putative Class**

(* denotes appearing *pro hac vice*)

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| BILLY JOEL VILLAREAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SILGAN CONTAINERS, LLC,<br><br>Defendant. | Case No. 2:25-cv-04105<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Billy Joel Villareal, ("Plaintiff") hereby files his Notice of Voluntary Dismissal of his claims against Defendant Silgan Containers, LLC without prejudice.

*/s/ Leigh S. Montgomery*
Leigh S. Montgomery*
Texas Bar No. 24052214
lmontgomery@eksm.com
EKSM, LLP
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

**Attorney for Plaintiff and**

**The Putative Class**

(*denotes appearing *pro hac vice*)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 1st day of April 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court through the Court's electronic system, which will send electronic notification to all counsel of record.

*/s/ Leigh S. Montgomery*
Leigh S. Montgomery