UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 25-4105-AH(PDx)** | Date | April 6, 2026 |
| Title | Billy Joel Villareal v. Silgan Containers, LLC., **JS-6** | | |

| | |
|---|---|
| Present: The Honorable | ANNE HWANG, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| YOLANDA SKIPPER | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

In light of the Notice of voluntary dismissal [43], the Court hereby closes this case.

All pending hearings and motions are now taken off calendar and vacated.

IT IS SO ORDERED.

cc: all parties

00 :